**Electronically Filed
Supreme Court
SCWC-15-0000104
25-JAN-2019
02:01 PM**

SCWC-15-0000104

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE
TRUST AGREEMENT DATED JUNE 6, 1974, AS AMENDED

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000104; TRUST NOS. 14-1-0019 and 14-1-0097)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Pollack, and Wilson, JJ.,
Circuit Judge Chang, in place of Recktenwald, C.J., recused,
and Circuit Judge Nakasone, in place of McKenna, J., recused)

Petitioner-Appellant Association of Apartment Owners of

Discovery Bay's application for writ of certiorari, filed on

November 28, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 25, 2019.

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Gary W.B. Chang

/s/ Karen T. Nakasone

